"O"

FILED
CLERK, U.S. DISTRICT COURT

AUG 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY DEAN LEMOS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JOHN C. MARSHALL, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-2759-PSG (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed by petitioner. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that petitioner's "Motion to Entertain Habeas Corpus Petition Pursuant to 28 U.S.C. § 2254" is denied, and that Judgment be entered dismissing this action with prejudice.

DATED: 8/20/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1