ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY DEAN LEMOS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JOHN C. MARSHALL, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-2759-PSG (RNB)<br><br>**JUDGMENT** |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 8/20/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY